**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

JOSHUA COLLINS,                          §
                                         §
         Petitioner,                     §
                                         §
v.                                       §   Case No. 6:25-cv-435-JDK-JDL
                                         §
DIRECTOR, TDCJ-CID,                      §
                                         §
         Respondent.                     §

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Petitioner Joshua Collins, a Texas Department of Criminal Justice inmate proceeding pro se and *in forma pauperis*, filed this federal petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 complaining of the legality of his conviction. The petition was referred to United States Magistrate Judge, the Honorable John D. Love, for findings of fact, conclusions of law, and recommendations for disposition.

On November 10, 2025, Judge Love determined that the petition could be barred by the statute of limitations and gave Petitioner thirty days to show cause why the petition should not be dismissed. Docket No. 4. Petitioner filed his response on December 1, 2025. Docket No. 6. On January 6, 2026, having considered Petitioner's petition and response to the show cause order, Judge Love issued a Report and Recommendation recommending that the petition be dismissed with prejudice due to being barred by the statute of limitations. Docket No. 13.

On January 23, 2026, evidently having received the Report, Petitioner filed a motion for an extension of time to file objections. Docket No. 15. The motion was

1

granted, extending Petitioner's deadline until March 2, 2026. Copies of the order granting extension were mailed to Petitioner twice but were returned each time as undeliverable. Docket Nos. 17, 18. Officials of the Texas Department of Criminal Justice have confirmed by telephone that Petitioner was released on parole on January 29, 2026. To date, approximately two months after the extended deadline, Petitioner has not advised the Court of his current mailing address and has not filed any objections to the Report and Recommendation. *See* Loc. R. CV-11(d) ("A *pro se* litigant . . . is responsible for keeping the clerk advised in writing of his or her current physical address."); *Ashlock v. Kelley*, 2019 WL 2578628 (E.D. Tex. June 24, 2019) ("The Court has no duty to locate the addresses of litigants who do not keep the Court apprised of their current address.").

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Here, Plaintiff did not object in the prescribed period. The Court therefore reviews the Judge Love's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to

2

a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 13) as the findings of this Court. It is therefore **ORDERED** that Petitioner's petition for habeas corpus is hereby **DISMISSED WITH PREJUDICE**. Further, the Court **DENIES** a certificate of appealability.

So **ORDERED** and **SIGNED** this **27th** day of **April, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

3